AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Bruno DE JESUS-De Jesus<br><br>_Defendant(s)_ | ) ) ) ) Case No:  25-961 MJ<br>) )<br>) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 25, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8, 50</u> U.S.C. § <u>1325(a)(1)(EWI Misdemeanor), 797(Penalty for Violations of Security Regulations and Orders),</u> an offense described as follows:

Title 50 United States Code 797 prohibits the willful violation of any defense property security regulation. Section 797 defines a "defense property security regulation" as a property security regulation that pursuant to lawful authority

This criminal complaint is based on these facts:
The term "Department of Defense property" means property subject to the administration or in the custody of the Department of Defense. On April 15, 2025, the Department of Interior transferred Federal lands including the approximately 60-foot strip of land contiguous to and parallel with the international border between the United States and Mexico (the "Roosevelt Reservation") in Dona Ana, Luna and Hidalgo Counties in New Mexico to the jurisdiction of the Department of the Army. See Public Land Order No. 7963. On April 18, 2025, the Secretary of the Army assigned the above-described Federal lands to United States Army Garrison Fort Huachuca for use as National Defense Areas (hereinafter NM National Defense Areas). U.S. Army General Order No. 2025-10.

☒ Continued on the attached sheet.

_Complainant's signature_

Saul H. Mendez  Agent
_Printed name and title_

Sworn to before me ~~and signed in my~~ presence.  VIA PHONE

Date: April 29, 2025

_Judge's signature_

City and state: Las Cruces, N.M.

Gregory J. Fouratt, United States Magistrate Judge
_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Bruno DE JESUS-De Jesus

**Continuation of Statement of Facts:**
On April 18, 2025, the military commander at Fort Huachuca issued a security regulation designating the NM National Defense Areas as both a restricted area and a controlled area under Army Regulation 190-13 prohibiting the unauthorized entry into the National Defense Areas.

On April 25, 2025, when illegally entering the United States from Mexico in Dona Ana County, New Mexico, Defendant Bruno DE JESUS-De Jesus willfully violated the security regulation prohibiting unauthorized entry of property subject to the administration or in the custody of Fort Huachuca by his unauthorized entry into the NM National Defense Areas. In the location in which Defendant Bruno DE JESUS-De Jesus illegally crossed into the United States from Mexico, signs were posted and visible along the NM National Defense Areas stating in both English and Spanish that this is a restricted area and that unauthorized entry is prohibited.
On April 26, 2025, Border Patrol Agents from the Santa Teresa, New Mexico Border Patrol Station encountered the defendant in Dona Ana County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen and national of Mexico, illegally present in the United States. Agents determined the defendant illegally crossed the boundary between the United States and Mexico on April 26, 2025, approximately one mile east of the Santa Teresa, New Mexico Port of Entry. The defendant did not present himself through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer.

**Continuation of Statutory Language:**
(a)(2)(A) shall be or has been promulgated or approved by the Secretary of Defense (or by a military commander designated by the Secretary of Defense or by a military officer, or a civilian officer or employee of the Department of Defense, holding a senior Department of Defense director position designated by the Secretary of Defense) for the protection or security of Department of Defense property"
(a)(3)(A) relating to . . .the ingress thereto or egress or removal of persons therefrom.
entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

_____
Signature of Judicial Officer

_____
Signature of Complainant

Mendez, Saul H.
Filing Agent